DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America    )
                            )   CASE NO.  1:07CR439
        Plaintiff(s),       )
                            )
    v.                      )
                            )   O R D E R
Ondra P. Lastrapes          )
                            )
        Defendant(s).       )
                            )

A hearing was conducted on July 28, 2008, and continued to August 5, 2008, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release.  The defendant Ondra P. Lastrapes and his counsel, Carlos Warner appeared.

A report and recommendation was filed on July 16, 2008. The Court adopts the report and recommendation (docket #16) of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report filed June 9, 2008 (docket #12).

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a period of five (5) months with

(1:07CR439)


credit to be given for time served in custody since defendant's

arrest in February, 2008, through May 20, 2008, when the

defendant entered the Community Confinement Center and credit for

time served since defendant's arrest on July 11, 2008, to

present.

　　　IT IS FURTHER ORDERED that upon release from confinement,

the defendant's supervised release will continue as previously

ordered.



August 6, 2008                    s/David D. Dowd, Jr.
　　　　　Date                          DAVID D. DOWD, JR.
                                  U. S. DISTRICT JUDGE