**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:07CR00439 |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Ondra P. Lastrapes | ) | |
| Defendant(s) | ) | |

A hearing was conducted on November 30, 2009, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release.  See docket #30.   The defendant Ondra P. Lastrapes and his counsel, Carlos Warner appeared.  A report and recommendation was filed on November 17, 2009. The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a period of twenty one (21) days.

IT IS FURTHER ORDERED that upon release from confinement the defendant's period of  supervised release will terminate.

November 30, 2009                         *s/David D. Dowd, Jr.*
  Date                                       DAVID D. DOWD, JR.
                                             U. S. DISTRICT JUDGE